**WRITTEN CONSENT AND RESOLUTION OF THE MEMBERS OF**
**5 SQUARE MANAGEMENT LLC**
**TO WAIVE A MEETING AND FILE CHAPTER 11 REORGANIZATION**

**WHEREAS**, the undersigned members of 5 Square Management, LLC, a New York limited liability company (the "Company") hereby consent and enter into this written consent to act in lieu of a meeting without prior notice and without a vote under Article IV, of the Amended Operating Agreement and Section 407 of the New York Limited Liability Company Law; and

**WHEREAS**, the members of the Company are as follows: (i) Ian Brown; and (ii) Eric Brown (the "Members"); and

**WHEREAS**, the following Members, comprising a majority in interest of the members of the Company conferred and determined that the Company is unable to pay its debts when due and owning, that the Company's creditors would be best served by reorganization of the Company under Chapter 11 of the Bankruptcy Code; and

**WHEREAS**, the undersigned members, comprising a majority in interest of the members of the Company, requested that the Company file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

**WHEREAS,** the undersigned members, acting by written consent without a meeting, do hereby consent to the adoption of the following resolutions:

**RESOLVED** that the Company be, and hereby is, authorized to execute and file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

**RESOLVED** that the Company be, and hereby is, authorized to retain the Law Offices of Avrum J. Rosen, PLLC to represent it as its attorneys in connection with such proceedings; and it is further

**RESOLVED** that Ian Brown and Eric Brown, the sole managers of the Company, be, and hereby are, authorized to execute and file on behalf of the Company, a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

[*Remainder of Page Intentionally Left Blank*]

**RESOLVED** that the firm of the Law Offices of Avrum J. Rosen, PLLC, be, and hereby is, retained to act on behalf of the Company in connection with such proceedings.

**IN WITNESS WHEREOF**, the undersigned members have duly executed this Written Consent and Resolution as of August 16, 2024.

                                    **IAN BROWN**

By:    */s/ Ian Brown*
        Ian Brown

                                    **ERIC BROWN**

By:    */s/ Eric Brown*
        Eric Brown